UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SCOTTSDALE INSURANCE COMPANY,

        Plaintiff,

v
                                    Case No. 19-11405
                                    Honorable Thomas L. Ludington

ALTMAN MANAGEMENT COMPANY,

        Defendant.

_____/

**JUDGMENT**

In accordance with the order entered this date,

It is **ORDERED AND ADJUDGED** that Plaintiff's action for declaratory judgment is **GRANTED IN PART**.

It is further **ORDERED AND ADJUDGED** that the remainder of Plaintiff's action for declaratory judgment is **DISMISSED**.

Dated: October 16, 2019                             s/Thomas L. Ludington
                                                           THOMAS L. LUDINGTON
                                                            United States District Judge