# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 01, 2021

Ms. Kinikia D. Essix
Eastern District of Michigan at Bay City
1000 Washington Avenue
Suite 219 Federal Building
Bay City, MI 48708-0000

                Re: Case No. 20-1361, *Scottsdale Insurance Company v. Altman Management Company*
                     Originating Case No. : 1:19-cv-11405

Dear Ms. Essix,

   Enclosed is a copy of the mandate filed in this case.

                                        Sincerely yours,

                                        s/Zachary Love
                                        For Monica Page
                                        Case Manager

cc: Mr. Michael Howard Fabian
     Mr. Ryan M. Frierott
     Mr. Donald Mark Fulkerson
     Mr. Jason Jonathan Liss
     Mr. Jonathan L. Schwartz

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 20-1361

_____

Filed: February 01, 2021

SCOTTSDALE INSURANCE COMPANY

    Plaintiff - Appellant

v.

ALTMAN MANAGEMENT COMPANY

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 01/08/2021 the mandate for this case hereby issues today.

COSTS: None